

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE:  LINDA S. RESTREPO AND CARLOS E. RESTREPO, | § | No. 08-14-00292-CV |
|  | § | ORIGINAL PROCEEDING |
| Relators. | § | ON PETITION FOR WRIT OF |
|  | § | PROHIBITION |

# **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of prohibition against the Honorable Carlos Villa, Judge of the County Court at Law No. 5 of El Paso County, Texas, and concludes that Relators' petition for writ of prohibition should be dismissed for lack of jurisdiction.  We therefore dismiss the petition for writ of prohibition for lack of jurisdiction, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 7TH DAY OF NOVEMBER, 2014.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.